Michelle T. Friend
HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings MT 59102
(406) 896-4100
(406) 896-4199 facsimile

Attorney for BNSF Railway Company

```
                              FILED
                          BILLINGS DIV.

                          2006 AUG 28  PM 4 29

                          PATRICK E. DUFFY, CLERK
                          BY _____
                                 DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| LOUIS M. MELE,<br><br>    Charging Party,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Respondent. | Cause Nos. CV 06-36-H-CCL<br>                CV-06-37-H-DWM<br><br>**MOTION TO CONSOLIDATE AND**<br>**BRIEF IN SUPPORT** |

### MOTION

COMES NOW, The BNSF Railway Company ("BNSF"), and hereby moves to consolidate the causes of action, CV 06-37-H-DWM with CV 06-36-H-CCL pursuant to Rule 42 (a), M.R.Civ.P. Opposing counsel has been contacted and objects to this motion.

### BRIEF

The history of these actions is that each party, Mele and BNSF filed separate petitions for judicial review in state court in Lewis & Clark County. BNSF then removed both actions to

1

federal court, which have the cause numbers CV 06-37-H-DWM and CV 06-36-H-CCL. The cases are regarding the same set of facts and the same hearing before the Human Rights Commission. Thus, as they are the same issues, they should be consolidated into one case. Rule 42 (a), F.R.Civ. P., provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The cases involve common questions of both fact and law. In the interests of judicial economy and consistency of the issues, BNSF requests that the Court grant its motion to consolidate CV 06-37-H-DWM with CV 06-36-H-CCL, the lower filed cause number.

DATED this __28th__ day of August, 2006.

HEDGER MOYERS LLP

By: _____
Michelle T. Friend
Attorney for BNSF Railway Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the individual(s) listed below by the following means:

| | |
|---|---|
| Brian Bramblett<br>Meloy & Trieweiler<br>PO Box 1241<br>Helena, MT 59624-1241 | [X] U.S. Mail<br>[ ] Facsimile<br>[ ] Express Mail<br>[ ] Hand Deliver |
| Marieke Beck<br>Dept. of Labor & Industry<br>Employee Relations Div./Human Rights Bureau<br>P.O. Box 1728<br>Helena, Montana 59624-1728 | [x] U.S. Mail<br>[ ] Facsimile<br>[ ] Express Mail<br>[ ] Hand Deliver |

DATE: ___08/28/06___      BY: _____