FILED
HELENA DIVISION

2006 SEP 14 AM 9 06

PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

Michelle T. Friend
HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
(406) 896-4100
(406) 896-4199 - facsimile

Attorneys for The BNSF Railway Company

# MONTANA FIRST JUDICIAL DISTRICT COURT,

## LEWIS & CLARK COUNTY

| | |
|---|---|
| LOUIS M. MELE ) | Cause No. BDV-2006-486 |
| ) | |
| Charging Party, ) | Judge |
| ) | |
| vs. ) | PETITION FOR JUDICIAL REVIEW |
| ) | CV-06-37-H-DWM |
| BNSF RAILWAY COMPANY, a Delaware ) | |
| corporation, ) | INDEXED |
| ) | |
| Respondent ) | |

COMES NOW The BNSF Railway Company (BNSF) and petitions the Court for review of the administrative order herein.

1. **Statement of Facts for Jurisdiction and Venue**

Respondent, The BNSF Railway Company (BNSF), is a Delaware corporation with its registered agent in Yellowstone County, Montana. The District Court has jurisdiction pursuant to Section 2-4-702 M.C.A., because BNSF hereby petitions for review of the Montana Human Rights Commission Order Affirming Final Agency Decision, dated June 5, 2006. Venue is proper in Lewis & Clark County because the Human Rights Commission and the Department of Labor are located in Lewis & Clark County.

Petition for Judicial Review
Page 1

HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
406-896-4100

**2.    Standing**

BNSF is aggrieved because it has been unlawfully found to have discriminated against Louis Mele and has been unlawfully subjected to the Order Affirming Final Agency Decision of the Human Rights Commission in case No. 0051011229.

**3. Grounds for Review**

The grounds for review are as follows:

a. Charging party Louis Mele filed a complaint of discrimination with the Montana Department of Labor and Industry, alleging that BNSF had discriminated against him in the area of employment because of a perceived disability (back injury) in violation of the Montana Human Rights Act, Title 49, Chapter 2 MCA, and the Americans with Disablities Act of 1990.

b. BNSF extended a conditional offer of employment to Charging Party for the position of mechanical laborer on the railroad. Based on medical information submitted by the applicant, BNSF determined that Charging Party was temporarily not qualified at the time for that position due to the recency of back surgery and determined that he posed an unacceptable safety risk at that time, and thus, was not qualified at the time he applied from the unique position of mechanical laborer. BNSF did not disqualify applicant from any other job.

c. Hearing on the matter was held before the Hearing Examiner on August 15 and 16, 2005.

Petition for Judicial Review
Page 2

HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
406-896-4100

d. In a decision dated January 13, 2006, the Hearing Examiner determined that the railroad discriminated against Charging Party on the grounds that BNSF regarded Charging Party as disabled. The Hearing Examiner found BNSF liable for emotional distress damages, front pay, and ordered BNSF to undergo training in disability discrimination. The Hearing Examiner also ordered several alternatives for the employment of Charging Party. The Hearing Examiner's order was affirmed by the Human Rights Commission.

e. The orders of the Department and the Commission are in violation of the Montana Human Rights Act, Title 49, Chapter 2 MCA, and the Americans with Disablities Act of 1990, and in excess of the statutory authority of the agency and affected by error of law that is clearly erroneous in view of the reliable, probative, and substantial evidence on the whole record. M.C.A. 2-4-704.

f. Charging party failed to meet his burden of demonstrating that BNSF perceived him as disabled as protected under the MHRA or ADA and further could not demonstrate that BNSF regarded Charging Party as incapable of performing a broad range of jobs. Charging party failed to establish that he had a qualified disability as he had a temporary condition and was not regarded as having a disability. As such, the agency had no jurisdiction over this matter. The order is unsupported by the evidence, was clearly erroneous in view of the reliable, probative, and substantial evidence and is contrary to law.

Petition for Judicial Review
Page 3

HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
406-896-4100

g. The Hearing Examiner's findings that BNSF did not appropriately determine that Mele was at an increased risk of harm based on an individualized assessment was clearly erroneous in view of the reliable, probative, and substantial evidence.

h. Charging party presented no probative evidence supporting an award of damages for front pay, benefits and emotional distress and the findings were unsupported by the evidence and clearly erroneous in view of the reliable, probative, and substantial evidence.

i. The prospective relief ordered by the agency to include employment of Charging Party and the permanent injunction is unlawful and exceeds the authority of the agency and constitutes an abuse of discretion.

j. The order by the Commission affirming the decision of the Hearing Examiner is faulty and unlawful for the same reasons stated in Subparagraphs a through i, supra.

4. **Relief Requested**

Wherefore, The BNSF Railway Company respectfully requests a complete dismissal of the Charging Party's complaint, or in the alternative modification or dismissal of those portions of the order that are clearly erroneous, unsupported by evidence or in excess of the authority of the agency.

BNSF further requests any additional relief the court deems just.

DATED this 5th day of July 2006.

Petition for Judicial Review
Page 4

HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
406-896-4100

HEDGER MOYERS LLP

By: _____
Michelle T. Friend
Attorneys for The BNSF Railway Company

## CERTIFICATE OF SERVICE

I, do hereby certify that I have served a true and correct copy of the foregoing **PETITION FOR REVIEW** upon individual(s) listed below by the following means:

| | |
|---|---|
| Brian Bramblett<br>MELOY TRIEWEILER<br>P.O. Box 1241<br>Helena, Montana 59624-1241 | [x] U.S. Mail<br>[x] Facsimile<br>[ ] Express Mail<br>[ ] Hand Deliver |
| State of Montana<br>Dept. of Labor & Industry<br>Employee Relations Div./Human Rights Bureau<br>P.O. Box 1728<br>Helena, Montana 59624-1728 | [x] U.S. Mail<br>[ ] Facsimile<br>[ ] Express Mail<br>[ ] Hand Deliver |

DATE: 07/05/06                    _____

Petition for Judicial Review
Page 5

HEDGER MOYERS LLP
1555 Campus Way, Suite 201
Billings, MT 59102
406-896-4100